AARON D. FORD
  Nevada Attorney General
CHARLES D HOPPER (Bar No. 6346)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
Telephone: (702) 486-3655
Facsimile:  (702) 486-3773
E-Mail: cdhopper@ag.nv.gov
*Attorneys for Defendant*
*Gary Piccinini*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARGARET RUDIN, | CASE NO. 2:18-cv-00822-JCM-BNW |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| DZURENDA et al., | |
| Defendants. | |

It is hereby stipulated and agreed to by and between Plaintiff, Margaret Rudin, and Defendants, by and through counsel, Aaron D. Ford, Attorney General for the State of Nevada, and Charles D Hopper, Deputy Attorney General, that the Civil Rights Complaint in the above captioned matter be dismissed in its entirety against all parties with prejudice by order of this Court.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between parties. Each party will bear its own attorney's fees and costs.

AARON D. FORD
Attorney General

By: *Margaret Rudin*
Margaret Rudin
*Plaintiff, Pro Se*

Dated: 6-17-19

By: *Charles D Hopper*
Charles D Hopper (No. 6346)
Deputy Attorney General
*Attorneys for Defendants*

Dated: 6-21-19

## ORDER FOR DISMISSAL WITH PREJUDICE

Having considered the preceding **STIPULATION FOR DISMISSAL WITH PREJUDICE**, as agreed to by the parties, good cause having been shown,

IT IS HEREBY ORDERED that this case be dismissed with prejudice.

DATED June 26, 2019.

*James C. Mahan*
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on June 21, 2019, I electronically filed the foregoing **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** via this Court's electronic filing system. Parties who are registered with this Court's electronic filing system will be served electronically. For those parties not registered, service was made by depositing a copy for mailing in the United States Mail, first-class postage prepaid, at Las Vegas, Nevada, addressed to the following:

    Margaret Rudin, #70503
    Florence McClure Women's Correctional Center
    4370 Smiley Road
    Las Vegas, NV 89115-1808
    *Plaintiff, Pro Se*

    /s/*Barbara Fell*
    an employee of the
    Office of the Nevada Attorney General